UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHAH, et al,<br><br>    Defendant. | Civil No.   Southern District No.<br>             02cr2912-L<br><br>**ORDER APPOINTING<br>COUNSEL FOR APPEAL** |
|---|---|

On October 12, 2006, the Honorable M. James Lorenz requested Magistrate Judge Louisa S Porter locate counsel for Defendant SYED SAADET ALI FARA SHAH, for appeal purposes. Accordingly, **IT IS HEREBY ORDERED**:

1. **Steven Feldman, Esq.**, is appointed to represent Defendant SYED SAADET ALI FARA SHAH, Southern District of California number 02cr2912-L.

2. The Clerk of Court for the Southern District of California shall prepare and mail a CJA Voucher, a copy of this order, and the attached order and docket sheet *immediately* to **Steven Feldman, Esq., 626 EAB Plaza, West Tower, 6th Flr., Uniondale, New York, 11556.** Counsel's telephone number is **(516) 522-2828**.

///

///

///

| | |
|---|---|
| 1 | 3. The Clerk of the Court for the Southern District of California shall mail a courtesy |
| 2 | copy of this Order to the United States Court of Appeals for the Ninth Circuit *immediately*. |

DATED: 10/17/06

Hon. LOUISA S PORTER
United States Magistrate Judge
Southern District of California

cc: All parties
Ninth Circuit Court of Appeals
District Judge
CRD Preparing Vouchers